UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

                                                Mag. No. 06-mj-00006 (TFH/JMF)

    v.

**JENNIE L. ATHEY, et al.**

_____/

**GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE APPEAL TO CHIEF JUDGE**

      The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to the defendants' motion to extend time to file the appeal of their convictions to the Chief Judge of this Court pursuant to F.R.Cr.P. 58(g)(2)(B), and states further as follows:

      Given the defendants <u>pro se</u> status, undersigned counsel does not object to a continuance of the time in which for them to file their initial appeal brief in this matter. A request for a 90-day extension is excessive, however. This is a straight-forward ticket matter. The defendants were each convicted on December 21, 2005, and their notices of appeal were filed shortly thereafter. They have had six months to prepare their initial appeal brief. They should not need another 90 days to draft their brief. Accordingly, the government would request that the Court grant a continuance of no more than 45 days. Further, the government would request that the amended briefing schedule provide the government the same amount of time (<u>i.e.</u>, 45 days) in which to file its response to the defendants' initial appeal brief.

      WHEREFORE, for the foregoing reasons, the government respectfully requests that is provide the defendants with a continuance of no more than 45 days to file their initial appeal

brief, and provide the government with the same time in which to respond to their appeal.

                      Respectfully submitted,

                      Kenneth L. Wainstein
                      UNITED STATES ATTORNEY

                      _____
                      G. Michael Harvey
                      ASSISTANT UNITED STATES ATTORNEY
                      Bar No.447465
                      Federal Major Crimes Section
                      555 4th Street, N.W., Room 4243
                      Washington, D.C. 20530
                      202/305-2195

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2006, a copy of the foregoing opposition was served by U.S. mail upon the following pro se defendants:

Mark Goldstone, Esq.
Standby Attorney-Advisor for *Pro Se* Defendants
9419 Spruce Tree Circle
Bethesda, MD 20814

Alviso, Patricia Alvarez
17040 Bluewater
Huntington Beach, CA 92649-2932

Athey, Jeannie Lucille
2305 Gold Mine Road
Brookeville, MD 20833-2233

Berg, Michael S.
1406 Pennsylvania Avenue
Wilmington, DE 19806-4119

Bostrom, John
205 Ward Avenue
Staten Island, NY 10304-2140

Chadwick, Timothy D.
3936 Pricetown Road
Fleetwood, PA 19522-9030

Daniels, Robert Lee
7330 Shady Drive
Germansville, PA 18053-2557

DeRaymond, Joseph
349 Main Street
Freemansburg, PA 18017-6809

Hollinger, Robert C.
409 Kerwin Rd
Silver Spring, MD 20901-1751

Johnson, Michael Thomas
1923 E. Lombard Street #2
Baltimore, Maryland 21231-1909

Lawton, Michael S
2814 Shakespeare Road
Bethlehem, PA 18017-3216

Leclaire-Conway, Courtney
3232 So. County Trial
West Kingston, RI 02892

Long, Evan
262 Pearl Street, #2
Burlington, Vermont

Muller, Don G
P.O. Box 1042
Sitka, AK 99835-1042

Obuszewski, Max
3338 Gilman Terrace
Baltimore, MD 21211-2624

Reeve, Perry
P.O. Box 23154
Ketchikan, Alaska 99901

Robinson, Lynn Maxine
406 Westgate Raod
Baltimore, MD 21229-2341

Simon, Andrew L
P.O. Box 52
Westford, VT 34340-5263

                                                   _____
                                                   ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

Mag. No. 06-mj-00006-JMF-86

    v.
**JENNIE L. ATHEY, et al.**
_____/

**ORDER**

Upon consideration of the defendant's January 23, 2006 motion to dismiss the violation, or in the alternative, to continue the February 15, 2006 trial date, and the record herein, it is this \_\_\_\_\_ day of _____, 2006, hereby

ORDERED, that the defendant's motion to dismiss be, and hereby is, DENIED; and it is further

ORDERED, that trial in this matter is continued until April 19, 2006.

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

Mark Goldstone, Esq.
Standby Attorney-Advisor for *Pro Se* Defendants
9419 Spruce Tree Circle
Bethesda, MD 20814

Alviso, Patricia Alvarez
17040 Bluewater
Huntington Beach, CA 92649-2932

Athey, Jeannie Lucille
2305 Gold Mine Road
Brookeville, MD 20833-2233

Berg, Michael S.
1406 Pennsylvania Avenue
Wilmington, DE 19806-4119

Bostrom, John
205 Ward Avenue
Staten Island, NY 10304-2140

Chadwick, Timothy D.
3936 Pricetown Road
Fleetwood, PA 19522-9030

Daniels, Robert Lee
138 High Street
Jim Thrope, PA 18229-1912

DeRaymond, Joseph
349 Main Street
Freemansburg, PA 18017-6809

Hollinger, Robert C.
409 Kerwin Rd
Silver Spring, MD 20901-1751

Johnson, Michael Thomas
1923 E. Lombard Street #2
Baltimore, Maryland 21231-1909

Lawson, Michael S
2814 Shakespeare Road
Bethlehem, PA 18017-3216

Leclaire-Connay, Courtney
3232 So. County Trial
West Kingston, RI 02892

Long, Evan
63 Jakes Pl.
Colchester, VT 05446-9504

Muller, Don G
P.O. Box 1042
Sitka, AK 99835-1042

Obuszewski, Max
3338 Gilman Terrace
Baltimore, MD 21211-2624

Reeve, Perry
13110 Seabeck Hwy NW
Seabeck, WA 98380-9574

Robinson, Lynn Maxine
406 Westgate Raod
Baltimore, MD 21229-2341

Simon, Andrew L
P.O. Box 52
Westford, VT 34340-5263